**Franklin C. SMITH, Plaintiff—Appellant,**

v.

**Brady W. MCWHIRTER, Officer for the Richmond Police Department; Second Officer Unknown, Officer for the Richmond Police Department, Defendants—Appellees.**

No. 10–6902.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2011.

Decided: March 7, 2011.

Franklin C. Smith, Appellant Pro Se. M. Janet Palmer, City Attorney's Office, Richmond, Virginia, for Appellees.

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franklin C. Smith appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. McWhirter*, No. 2:09–cv–00425–MSD–DEM (E.D. Va. June 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*